# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

In re:                                              Case No. 19-30395-KKS
                                                    Chapter 13 (J)

Michael & Amanda Parrott,

    Debtors.

_____/

## MOTION TO CONTINUE HEARING ON CHAPTER 13 TRUSTEE'S MOTION TO DISMISS
(ECF No. 90)

COME NOW the Debtors, Michael & Amanda Parrott by and through their attorney of record, and moves this Honorable Court to continue the Hearing on Chapter 13 Trustee's Motion to Dismiss (ECF No. 90) scheduled for August 22, 2024, and in support thereof states as follows:

1. Debtors are working on gathering additional documents needed to resolve the Trustee's Motion.

2. The Trustee has no objection to the continuance.

WHEREFORE, PREMISES CONSIDERED, Debtors pray that this Honorable Court enter an Order continuing the Hearing on Chapter 13 Trustee's Motion to Dismiss for 60 days, to set a new

date for said hearing, and for such other, further, and different relief as may be appropriate under the circumstances.

_____
Martin S. Lewis, FL Bar No. 0100587
Steven D. Jurnovoy, FL Bar No. 938221
Attorney for Debtors

**OF COUNSEL:**
Lewis & Jurnovoy, P.A.
1100 North Palafox Street
Pensacola, FL 32501
Telephone: (850) 432-9110
Facsimile: (850) 433-8794
Email: landj@lewisandjurnovoy.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing Motion to Continue Hearing has been submitted to those listed below by either electronic email or by first class mail, postage prepaid on this the __20__ day of August 2024.

_____
OF COUNSEL

Leigh A. Duncan, Chapter 13 Trustee:
ldhdock@earthlink.net

Office of United State Trustee:
USTPRegion21.TL.ECF@usdoj.gov

Michael & Amanda Parrott
55 Patrick Dr.
Defuniak Springs, FL 32433